# United States Court of Appeals
## For the First Circuit

No. 08-1248

IMS HEALTH INCORPORATED, VERISPAN, LLC, and SOURCE HEALTHCARE
ANALYTICS, INC., a subsidiary of WOLTERS KLUWER HEALTH, INC.,

Plaintiffs, Appellees,

v.

JANET T. MILLS, as Attorney General for the State of Maine,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on August 4, 2010, is
amended as follows:

On page 27, line 6 of footnote 17, "plaintiffs" is changed
to "plaintiffs'".